```
 1  BRIAN D. SHAPIRO, TRUSTEE                                    RECEIVED & FILED
    228 S. 4th Street, Suite 300
 2  Las Vegas, NV  89101                                         AUG 15  12 30 PM '11
    (702) 386-8600; Fax (702) 383-0994
 3  trustee@trusteeshapiro.com
    Trustee in Bankruptcy                                        U.S. BANKRUPTCY COURT
 4                                                               MARY A. SCHOTT, CLERK
```

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S 09-24737-LBR |
|---|---|
| AGUILAR, HECTOR ENCISO<br>AGUILAR, ERIKA TOLEDO, | IN PROCEEDINGS UNDER CHAPTER 7<br><br>NOTICE OF UNCLAIMED FUNDS |
| Debtor(s). | |

TO:  Clerk, United States Bankruptcy Court

FROM:  Brian D. Shapiro, Trustee

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| | Chrysler Financial Services Americas LLC<br>Poli & Ball<br>c/o James E. Shively<br>2999 N. 44th St., Ste 500<br>Phoenix, AZ 85018 | | $1,626.89 |
| TOTAL: | | $ | $1,626.89 |

Dated:  August 5, 2011

_____
Brian D. Shapiro, Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Apr 5  203521  1626.89